UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :        No.:    15-11762 JKF

    Helen Deegan                          :

    Debtor                                 :        Chapter: 13

**Praecipe To Withdraw Document**

TO THE CLERK OF THE ABOVE COURT:

    Kindly withdraw document #92 filed by debtor.

By:    /s/Jonathan H. Stanwood, Esquire
       Jonathan H. Stanwood, Esquire
       Attorney for Debtor
       8 Penn Center
       1628 JFK Blvd., Suite 1000
       Philadelphia, Pa 19103
       (215) 569-1040
       Dated: June 25, 2019