# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Helen Deegan<br>                Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).<br>                Movant<br>    vs. | NO. 15-11762 JKF |
| Helen Deegan<br>                Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman<br>                Trustee | |

**ORDER**

AND NOW, this 26th day of June, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 10720 Albemarle Lane, Philadelphia, PA 19154 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Jean K. FitzSimon

Helen Deegan
10720 Albermarle Lane
Philadelphia, PA 19154

Jonathon H. Stanwood
Law Office of Jonathan H. Stanwood, LLC
8 Penn Center, Suite 1000, 1628 JFK Blvd
Philadelphia, PA 19103

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532