United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Helen Deegan  
    Debtor

Case No. 15-11762-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Jun 26, 2019  
                  Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
db         +Helen Deegan,   10720 Albermarle Lane,   Philadelphia, PA 19154-4043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2019 03:06:06  
                 Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347  
cr          E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2019 03:06:06  
                 Capital One Auto Finance c/o AIS Portfolio Service,   P.O. BOX 4360,   Houston, TX  77210-4360  
cr          E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 03:06:03     Synchrony Bank,  
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
                 Miami, FL  33131-1605  
                                                                                                     TOTAL: 3

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance  
          jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com  
         JASON BRETT SCHWARTZ    on behalf of Defendant    First American Funding  
          jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com  
         JONATHAN H. STANWOOD    on behalf of Plaintiff Helen  Deegan jhs@stanwoodlaw.com,  
          cmm@stanwoodlaw.com,jhsecf@gmail.com  
         JONATHAN H. STANWOOD    on behalf of Debtor Helen  Deegan jhs@stanwoodlaw.com,  
          cmm@stanwoodlaw.com,jhsecf@gmail.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                         TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Helen Deegan<br>  Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).<br>  Movant<br>  vs. | NO. 15-11762 JKF |
| Helen Deegan<br>  Debtor(s)<br>Scott Waterman<br>  Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 26th day of June, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 10720 Albemarle Lane, Philadelphia, PA 19154 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

Jean K. FitzSimon

Helen Deegan
10720 Albermarle Lane
Philadelphia, PA 19154

Jonathon H. Stanwood
Law Office of Jonathan H. Stanwood, LLC
8 Penn Center, Suite 1000, 1628 JFK Blvd
Philadelphia, PA 19103

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532