United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11762-jkf
Helen Deegan                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa          Page 1 of 2          Date Rcvd: Nov 18, 2019
                             Form ID: 138NEW       Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db             +Helen Deegan,   10720 Albermarle Lane,   Philadelphia, PA 19154-4043
13566313        American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                Los Angeles, CA  90051-5478
13490171       +Bail Bonds of America,   523 Cooper Street,   Camden, NJ 08102-1210
13570500        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13490176       +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13490177       +First American Funding,   1055 Parsippany Blvd., Suite 200,   Parsippany, NJ 07054-1272
13490178       +GE Money Bank,   PO Box 15019,   Wilmington DE 19886-5019
13490179       +Hilco Receivables,   5 Revere Dr,   Northbrook, Illinois 60062-1566
13490180        Home Depot Credit Services,   P.O. Box 689100,   Des Moines, Ia  50368-9100
13490189       +Saldutti. LLC,   800 Kings Highway N,   Cherry Hill, NJ 08034-1511
13490190       +Sklar Markind,   102 Browning Lane, Bldg. B, Ste. 1,   Cherry Hill, NJ 08003-3195
13490192       +The Law Offices of Jonathan Stanwood, LL,   1628 JFK Blvd.,   Suite 1000,
                Philadelphia, PA 19103-2100
14307538       +U.S. Bank National Association,   c/o Rebecca A. Solarz Esquire,   KML Law Group LLC,
                701 Market Street Ste 5000,   Philadelphia Pa 19106-1541
13490195       +Wells Fargo,   PO Box 31557,   Billings, MT 59107-1557
13568795        Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus X2303-01A,
                Des Moines, IA 50328-0001


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 19 2019 04:09:14     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 04:08:46
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2019 04:09:07     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 19 2019 04:04:14
                Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 19 2019 04:03:42
                Capital One Auto Finance c/o AIS Portfolio Service,   P.O. BOX 4360,   Houston, TX  77210-4360
cr              E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:11     Synchrony Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13507535        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 04:15:34
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK  73126-8941
13490172       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 04:04:18     CACH LLC,
                4340 S. Monaco Street - 2nd Floor,   Denver, CO 80237-3485
13490173       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 19 2019 04:03:45
                Capital One Auto Finance,   PO Box 260848,   Plano, TX 75026-0848
13508472       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 19 2019 04:04:15
                Capital One Auto Finance,   c/o AIS Portfolio Services, LP,   4515 N. Santa Fe Avenue,
                Dept. APS,   Oklahoma City, OK 73118-7901
13493655       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 19 2019 04:03:14
                Capital One Auto Finance, a division of Capital On,   P.O. Box 201347,
                Arlington, TX 76006-1347
13490174       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 19 2019 04:04:13     Capital One Bank,
                PO Box 70884,   Charlotte, NC 28272-0884
13490175       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:10     Care Credit,   PO Box 960061,
                Orlando, Fl 32896-0061
13516088       +E-mail/Text: bankruptcy@cavps.com Nov 19 2019 04:09:04     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13490181        E-mail/Text: cio.bncmail@irs.gov Nov 19 2019 04:08:31     Internal Revenue Service,
                P.O. Box 21126,   Philadelphia, PA 19114
13490182       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:10     JC Penny Credit Services,
                C/O GECRB,   PO Box 965008,   Orlando, FL 32896-5008
13490183       +E-mail/Text: bncnotices@becket-lee.com Nov 19 2019 04:08:28     Kohls,   Bankruptcy Dept,
                P.O. Box 2983,   Milwaukee, WI 53201-2983
13490184       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:10     Lowes,   GE Money Bank,
                Att: Bankruptcy Dept,   P.O. Box 103104,   Roswell, Ga 30076-9104
13490185       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 04:08:57     Midland Funding,
                8875 Aero Drive,   San Diego, CA 92123-2255
13490186       +E-mail/Text: blegal@phfa.org Nov 19 2019 04:08:58     PHFA,   PO Box 15057,
                Harrisburg, Pa 17105-5057
13490187        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2019 04:03:42
                Portfolio Recovery Assoc.,   140 Corporate Blvd,   Norfolk, Va  23502
13490188       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:03:39     Qvc Credit Card,   PO Box 965018,
                Orlando, FL 32896-5018
13497532        E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2019 04:04:14
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605

```
District/off: 0313-2          User: Lisa           Page 2 of 2           Date Rcvd: Nov 18, 2019
                              Form ID: 138NEW       Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13490191      +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:11      Synchrony Bank,   PO Box 965007,
                Orlando, FL 32896-5007
13490193       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Nov 19 2019 04:04:09      TMobile,
                PO Box 742596,   Cincinatti, OH 45274
13490194      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2019 04:08:25
                Verizon Wireless,   Bankruptcy Administration,   PO Box 3397,   Bloomington, IL 61702-3397
                                                                                         TOTAL: 26
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
```
         JASON BRETT SCHWARTZ   on behalf of Defendant   First American Funding
           jschwartz@mesterschwartz.com
         JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
         JONATHAN H. STANWOOD   on behalf of Plaintiff Helen  Deegan jhs@stanwoodlaw.com,
           paralegal@stanwoodlaw.com,jhsecf@gmail.com
         JONATHAN H. STANWOOD   on behalf of Debtor Helen  Deegan jhs@stanwoodlaw.com,
           paralegal@stanwoodlaw.com,jhsecf@gmail.com
         POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
         REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Helen Deegan

           Debtor(s)
                                          Bankruptcy No: 15−11762−jkf

                                          Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN
THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be
filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the
entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from
the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and
Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 11/18/19

103 − 102
Form 138_new
