UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :    No.: 15-11762 - JKF
    Helen Deegan                                  :

        Debtor                           :    Chapter 13

## ORDER

Upon consideration of the Debtor's Motion to Reconsider order closing case without discharge and consideration of debtor's filing of the required Certification Regarding Domestic Support Obligations and any response thereto, it is hereby

ORDERED that the motion is GRANTED. The December 23, 2019 order closing this case without discharge is hereby VACATED. The clerk shall enter the discharge accordingly and close the case.

Dated: 1/15/2020

By the Court:

Jean K. Fitzsimon
United States Bankruptcy Judge