United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 15-11762-jkf
Helen Deegan                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Jan 17, 2020
                              Form ID: pdf900          Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db            +Helen Deegan,    10720 Albermarle Lane,    Philadelphia, PA 19154-4043
13566313       American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
               Los Angeles, CA  90051-5478
13490171      +Bail Bonds of America,    523 Cooper Street,    Camden, NJ 08102-1210
13570500       Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13490176      +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13490177      +First American Funding,    1055 Parsippany Blvd., Suite 200,    Parsippany, NJ 07054-1272
13490178      +GE Money Bank,    PO Box 15019,   Wilmington DE 19886-5019
13490179      +Hilco Receivables,    5 Revere Dr,    Northbrook, Illinois 60062-1566
13490180       Home Depot Credit Services,    P.O. Box 689100,    Des Moines, Ia  50368-9100
13490189      +Saldutti. LLC,    800 Kings Highway N,    Cherry Hill, NJ 08034-1511
13490190      +Sklar Markind,    102 Browning Lane, Bldg. B, Ste. 1,    Cherry Hill, NJ 08003-3195
13490192      +The Law Offices of Jonathan Stanwood, LL,    1628 JFK Blvd.,    Suite 1000,
               Philadelphia, PA 19103-2100
14307538      +U.S. Bank National Association,    c/o Rebecca A. Solarz Esquire,    KML Law Group LLC,
               701 Market Street Ste 5000,    Philadelphia Pa 19106-1541
13490195      +Wells Fargo,   PO Box 31557,    Billings, MT 59107-1557
13568795       Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
               Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 18 2020 03:49:50     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2020 03:48:51
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2020 03:49:21      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 18 2020 03:53:07
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 18 2020 03:52:18
               Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr             E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:53:54      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13507535       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2020 03:53:25
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
13490172      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2020 03:52:26     CACH LLC,
               4340 S. Monaco Street - 2nd Floor,    Denver, CO 80237-3485
13490173      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 18 2020 03:52:32
               Capital One Auto Finance,    PO Box 260848,    Plano, TX 75026-0848
13508472      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 18 2020 03:53:07
               Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Avenue,
               Dept. APS,   Oklahoma City, OK 73118-7901
13493655      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 18 2020 03:53:53
               Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
               Arlington, TX 76006-1347
13490174      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2020 03:53:05      Capital One Bank,
               PO Box 70884,    Charlotte, NC 28272-0884
13490175      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:53:06     Care Credit,    PO Box 960061,
               Orlando, Fl 32896-0061
13516088      +E-mail/Text: bankruptcy@cavps.com Jan 18 2020 03:49:17     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13490181       E-mail/Text: cio.bncmail@irs.gov Jan 18 2020 03:48:10     Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA 19114
13490182      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:53:52     JC Penny Credit Services,
               C/O GECRB,    PO Box 965008,    Orlando, FL 32896-5008
13490183      +E-mail/Text: bncnotices@becket-lee.com Jan 18 2020 03:48:05     Kohls,    Bankruptcy Dept,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
13490184      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:53:52     Lowes,    GE Money Bank,
               Att: Bankruptcy Dept,    P.O. Box 103104,    Roswell, Ga 30076-9104
13490185      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2020 03:49:01     Midland Funding,
               8875 Aero Drive,    San Diego, CA 92123-2255
13490186      +E-mail/Text: blegal@phfa.org Jan 18 2020 03:49:03     PHFA,    PO Box 15057,
               Harrisburg, Pa 17105-5057
13490187       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 04:13:10
               Portfolio Recovery Assoc.,    140 Corporate Blvd,    Norfolk, Va  23502
13490188      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:53:05     Qvc Credit Card,    PO Box 965018,
               Orlando, FL 32896-5018
13497532       E-mail/PDF: rmscedi@recoverycorp.com Jan 18 2020 03:53:55
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 0313-2                  User: Randi                   Page 2 of 2                   Date Rcvd: Jan 17, 2020
                                      Form ID: pdf900               Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13490191        +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 03:52:17      Synchrony Bank,    PO Box 965007,
                 Orlando, FL 32896-5007
13490193         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 18 2020 03:53:49      TMobile,
                 PO Box 742596,   Cincinatti, OH 45274
13490194        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 18 2020 03:46:32
                 Verizon Wireless,   Bankruptcy Administration,    PO Box 3397,   Bloomington, IL 61702-3397
                                                                                             TOTAL: 26
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
```
              JASON BRETT SCHWARTZ    on behalf of Defendant    First American Funding
               jschwartz@mesterschwartz.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              JONATHAN H. STANWOOD     on behalf of Plaintiff Helen   Deegan jhs@stanwoodlaw.com,
               paralegal@stanwoodlaw.com,jhsecf@gmail.com
              JONATHAN H. STANWOOD     on behalf of Debtor Helen   Deegan jhs@stanwoodlaw.com,
               paralegal@stanwoodlaw.com,jhsecf@gmail.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :     No.: 15-11762 - JKF
    Helen Deegan                          :

        Debtor                             :     Chapter 13

## ORDER

Upon consideration of the Debtor's Motion to Reconsider order closing case without discharge and consideration of debtor's filing of the required Certification Regarding Domestic Support Obligations and any response thereto, it is hereby

ORDERED that the motion is GRANTED. The December 23, 2019 order closing this case without discharge is hereby VACATED. The clerk shall enter the discharge accordingly and close the case.

Dated: 1/15/2020

By the Court:

Jean K. Fitzsimon
United States Bankruptcy Judge