United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-11762-jkf
Helen Deegan                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa            Page 1 of 1             Date Rcvd: Jan 21, 2020
                       Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.
db             +Helen Deegan,    10720 Albermarle Lane,    Philadelphia, PA 19154-4043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
      JASON BRETT SCHWARTZ    on behalf of Defendant    First American Funding
       jschwartz@mesterschwartz.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
       jschwartz@mesterschwartz.com
      JONATHAN H. STANWOOD    on behalf of Plaintiff Helen  Deegan jhs@stanwoodlaw.com,
       paralegal@stanwoodlaw.com,jhsecf@gmail.com
      JONATHAN H. STANWOOD    on behalf of Debtor Helen  Deegan jhs@stanwoodlaw.com,
       paralegal@stanwoodlaw.com,jhsecf@gmail.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Helen Deegan  : Case No. 15–11762–jkf

    Debtor(s)

## *ORDER*
_____

AND NOW, this day , January 21, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

117
Form 195